516 A.2d 1380

**COMMONWEALTH of Pennsylvania**

**v.**

**Joel HENDERSON, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 137 E.D. Appeal Docket 1986.